IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| SENECA PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>O'BAR WRECKER SERVICE, LLC (a/k/a Obar Wrecker Service, LLC) and WANDA HOOPER,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-cv-51-H |

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Plaintiff Seneca Patterson ("Plaintiff") files this Brief in Support of her Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, requesting that the Court enter judgment in her favor against Defendants O'Bar Wrecker Service, LLC (a/k/a Obar Wrecker Service, LLC) ("O'Bar") and Wanda Hooper ("Ms. Hooper") (collectively "Defendants").

Pursuant to Local Rule 7.1(i), Plaintiff files this Appendix in Support of her motion for summary judgment and brief in support. Plaintiff's brief cites the pleadings on file in this case in addition to the following evidence.

| Exhibit | Document | Pages |
|---|---|---|
| 1 | Plaintiff's Original Complaint (ECF 1) | 1 - 15 |
| 2 | Defendants' Original Answer to Plaintiff's Original Complaint (ECF 9) | 16 - 25 |
| 3 | Defendant O'Bar's Answers and Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission (Exhibit 2 in the March 30, 2023 Rule 30(b)(6) Deposition of O'Bar's Designated Representative (Ms. Hooper)) | 26 - 43 |

| | | |
|---|---|---|
| 4 | Defendant Hooper's Answers and Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission | 44 - 56 |
| 5 | Document Produced as DOC 058 by Defendants (Exhibit 3 in the March 30, 2023 Rule 30(b)(6) Deposition of O'Bar's Designated Representative (Ms. Hooper)) | 57 - 61 |
| 6 | Documents Produced by Defendants in Discovery as DOC 059 to 154 | 62 - 249 |
| 7 | Plaintiff's Rule 30(b)(6) Deposition Notice (Exhibit 1 in the March 30, 2023 Rule 30(b)(6) Deposition of O'Bar's Designated Representative (Ms. Hooper)) | 250 - 266 |
| 8 | Excerpts from Deposition of Rule 30(b)(6) Designated Representative of Defendant O'Bar (Ms. Hooper) | 267 - 299 |


Date: April 7, 2023.

Respectfully Submitted,

s/ Allen R. Vaught


Allen R. Vaught
Attorney-In-Charge
TX Bar No. 24004966
Vaught Firm, LLC
1910 Pacific Ave., Suite 9150
Dallas, Texas 75201
(972) 707-7816 – Telephone
(972) 591-4564 – Facsimile
avaught@txlaborlaw.com


**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On April 7, 2023, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.

s/Allen R. Vaught
Allen R. Vaught