IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SENECA PATTERSON,  §<br>  §<br>  Plaintiff,  §<br>  §<br>v.  §<br>  §<br>O'BAR WRECKER SERVICE, LLC (a/k/a  §<br>Obar Wrecker Service, LLC) and WANDA  §<br>HOOPER,  §<br>  §<br>  Defendants.  § | CASE NO. 1:22-cv-51-H |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Seneca Patterson ("Plaintiff") and Defendants O'Bar Wrecker Service, LLC (a/k/a Obar Wrecker Service, LLC) and Wanda Hooper (collectively "Defendants") file this Joint Motion for Entry of Final Judgment (the "Motion").

As previously identified, Plaintiff and Defendants (collectively the "Parties") reached a settlement of the claims in this lawsuit on August 3, 2023. (ECF 42). Consistent with that settlement agreement, the Parties respectfully ask that the Court enter the proposed consent judgment attached hereto as Exhibit 1 as a final judgment. A copy of the settlement agreement entered by the Parties is attached hereto as Exhibit 2.

Date: September 28, 2023.

**[SIGNATURE PAGE FOLLOWS]**

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| s/ *Allen R. Vaught* | By: /s/ Matthew W. Choate |
|   Allen R. Vaught |   Choate Law Firm, PLLC |
|   TX Bar No. 24004966 |   Thomas W. Choate |
|   Vaught Firm, LLC |   State Bar No. 04214500 |
|   1910 Pacific Avenue, Suite 9150 |   tomchoate@choatelawoffice.com |
|   Dallas, TX 75201 |   Matthew W. Choate |
|   Telephone: (972) 707-7816 |   State Bar No. 24029479 |
|   Fax: (972) 591-4564 |   mwchoate@choatelawoffice.com |
|   avaught@txlaborlaw.com |   P.O. Box 206 |
| **ATTORNEY FOR PLAINTIFF** |   Abilene, Texas 79604 |
| |   Telephone: (325) 672-5070 |
| |   Facsimile: (325) 672-5073 |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

On September 28, 2023, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.

                                              s/ *Allen R. Vaught*
                                              Allen R. Vaught