UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SENECA PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>O'BAR WRECKER SERVICE, LLC a/k/a<br>OBAR WRECKER SERVICE, LLC, et al.,<br><br>    Defendants. | No. 1:22-CV-051-H |

### ORDER GRANTING JOINT MOTION FOR JUDGMENT

Before the Court is the parties' Joint Motion for Entry of Final Judgment. Dkt. No. 45. The parties have informed the Court that they have entered into a settlement agreement. *Id.* Pursuant to that agreement, the defendants have agreed to an entry of judgment. *Id.*

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff, Seneca Patterson ("Plaintiff") shall have a judgment against Defendants O'Bar Wrecker Service, LLC (a/k/a Obar Wrecker Service, LLC) ("O'Bar") and Wanda Hooper ("Ms. Hooper") (collectively "Defendants"), jointly and severally, in the amount of $7,210.00.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff's counsel, Allen R. Vaught of the Vaught Firm, LLC, shall have judgment against Defendants, jointly and severally, in the amount of $35,790.00 for attorney's fees and costs of court relative to representation of Plaintiff in connection with this Lawsuit.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff and/or Plaintiff's attorney shall have the right to execute on this Judgment pursuant to the terms set forth in the Settlement Agreement.

It is further ORDERED, ADJUDGED, AND DECREED that this judgment shall bear post-judgment interest pursuant to the terms set forth in the Settlement Agreement.

This is a FINAL JUDGMENT.

It is so ordered. In accordance with this Order, the Clerk of Court is directed to close this case.

So ordered on October 3, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE