IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Abilene DIVISION

(Name All Plaintiffs and Defendants)

SENECA PATTERSON

vs.

O'BAR WRECKER SERVICE, LLC (a/k/a Obar Wrecker Service, LLC) and WANDA HOOPER

CIVIL NUMBER 1:22-cv-51-H

Complete the following if judgment was rendered in another District:

District: ____________________
Docket Number: ____________________
Date Entered: ____________________

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 3rd day of October, 2023, in favor of Plaintiff Senca Patterson and Plaintiff's counsel Allen Vaught against Defendants O'Bar Wrecker Service, LLC (a/k/a Obar Wrecker Service, LLC) ("O'Bar") and Wanda Hooper ("Hooper") in the sum of $ 43,000.00 with interest at the rate of _____ per cent per annum from the ______ day of ____________, _______.

Costs have been taxed by the Clerk of Court in the sum of $ ____________________.

Credits reflected by returns on execution in the sum of $____________________.

The address of the defendant shown in this suit in which said judgment was rendered: 3910 Plum St. Abilene, TX 79601 (O'Bar) & 1546 N.14th St. Abilene, TX 79601 (Hooper) or nature of citation and date and place citation served:

____________________.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _____ day of ______________, 20____.

KAREN MITCHELL, CLERK

By ________________________
Deputy Clerk